No. 331. THE FEDERAL CONTRACTING COMPANY, PETITIONER, *v.* BOWERS HYDRAULIC DREDGING COMPANY. October 21, 1907. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied. *Mr. Rowland B. Mahany* and *Mr. Edward W. Norris* for petitioner. *Mr. Horace L. Cheyney* for respondent.

No. 333. R. H. WRIGHT, PETITIONER, *v.* GORMAN-WRIGHT COMPANY ET AL. October 21, 1907. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fourth Circuit denied. *Mr. L. L. Lewis* and *Mr. S. S. P. Patteson* for petitioner. *Mr. G. A. Hanson* for respondents.

No. 335. J. I. CASE THRESHING MACHINE COMPANY, PETITIONER, *v.* THE INDIANA MANUFACTURING COMPANY. October 21, 1907. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Seventh Circuit granted. *Mr. R. S. Taylor, Mr. I. K. Boyesen* and *Mr. James H. Peirce* for petitioner. *Mr. W. H. H. Miller, Mr. Charles K. Offield, Mr. Charles C. Linthicum, Mr. Chester Bradford* and *Mr. Harold Taylor* for respondent.

No. 336. PENROSE McCLAIN, UNITED STATES COLLECTOR, ETC., PETITIONER, *v.* WILLIAM DISSTON ET AL., EXECUTORS, ETC. October 21, 1907. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Third Circuit denied. *The Attorney General* and *The Solicitor General* for petitioner. No appearance for respondents.